RANDY L. ROYAL, TRUSTEE
CHAPTER 7 TRUSTEE
524 5TH AVE. SOUTH
P.O. BOX 551
GREYBULL, WY 82426
PHONE: (307) 765-4433
FAX: (307) 765-9563

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2011 SEP 26 PM 1:2?

TIM J. ELLI

BY_____

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WYOMING

In Re:  )
    VANDERFORD, KENNETH  )  Case No. 09-20449 PJM
    VANDERFORD, MENDY  )
  )
    BELUE, MENDY  )
        Debtor(s)  )

### *TRANSMITTAL OF UNCLAIMED FUNDS*

I, RANDY L. ROYAL, TRUSTEE, Trustee of the above-estate, hereby respectfully reports:

1. That more than ninety days have passed since final distribution under 11 U.S.C. Section 726 was made in this case and I have stopped payment on all checks remaining unpaid.

2. That the names of the persons to whom such unnegotiated checks were issued, the amount of such checks, and their last known addresses are:

| **NAME** | **ADDRESS** | **AMOUNT** |
|---|---|---|
| VERIZON WIRELESS | PO BOX 3397<br>BLOOMINGTON, IL 61702-3397 | $45.44 |

3. That the Trustee's check for $45.44 payable to the U.S. Bankruptcy Clerk, is attached to this report and list.

DATED this 14 day of September, 2011.

_____
RANDY L. ROYAL, TRUSTEE, Trustee in Bankruptcy

```
              UNITED STATES
            BANKRUPTCY COURT
           DISTRICT OF WYOMING
             CHEYENNE DIVISION

          # 60771        - JK

          September 26, 2011
              13:35:30


               UNCLAIM
               09-20449
    Debtor : KENNETH VANDERFORD
    Judge..: PETER J. MCNIFF
    Trustee: Randy Royal
    Amount.:                    $45.44 CH
    Check#.: 110



       Total->   $45.44


    FROM: RANDY L. ROYAL
          P.O. BOX 551
          GREYBULL, WY   82426
```